SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Filed
MAR 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## SAN JOSE DIVISION

### THE UNITED STATES OF AMERICA

vs.

### ROBERT DUBOIS

# INDICTMENT

**COUNT ONE:** Title 18, United States Code, Section 922(g)(1) - Felon in Possession of Firearm and Ammunition.

*A true bill.*

_____
Foreperson

Filed in open court this 12th day of March

A.D. 2008

_____
UNITED STATES MAGISTRATE JUDGE

Bail. $ *No bail warrant*



DOCUMENT NO. 1    CSA's INITIALS
DISTRICT COURT
CRIMINAL CASE PROCESSING

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

**SEALED BY ORDER OF THE COURT**

**Filed**
MAR 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., 9th Floor
San Jose, California 95113
Telephone: (408) 535-5053
Facsimile:  (408) 535-5066
E-mail: Thomas.M.OConnell@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,           )   CR- 08 00155 RMW RS
                                    )
            Plaintiff,              )   VIOLATIONS: 18 U.S.C. § 922(g)(1) –
                                    )   Felon in Possession of Firearm and
      v.                            )   Ammunition
                                    )
ROBERT DUBOIS,                      )
                                    )
            Defendant               )
                                    )
                                    )   SAN JOSE VENUE
_____)

INDICTMENT

The Grand Jury charges:

COUNT ONE:  (18 U.S.C. § 922(g)(1) – Felon In Possession of Firearm and Ammunition)

   1.   On or about April 25, 2006 in the Northern District of California the defendant,

ROBERT DUBOIS,

having been previously convicted of a crime punishable by a term of imprisonment exceeding

one year, did knowingly possess a firearm, to wit, an Intratec, Model TEC-9, 9 mm pistol with

INDICTMENT

an obliterated serial number, and four rounds of Winchester 9mm ammunition, in and affecting commerce, in violation of Title 18 U.S.C. Section 922(g)(1).

FORFEITURE ALLEGATION: (18 U.S.C. 924 (d)(1))

1. The factual allegations contained in Count 1 of this Indictment are realleged and incorporated here.

2. Upon a conviction for the offense alleged in Count 1 above, the defendant,

ROBERT DUBOIS,

shall forfeit to the United States any firearm and ammunition involved in or used in any knowing violation of said offense, including but not limited to the following property: an Intratec, Model TEC-9, 9mm pistol with an obliterated serial number; and four rounds of Winchester 9mm ammunition,

All in violation of Title 18, United States Code, Section 924(d)(1).

DATED: 3/12/08

A TRUE BILL

_____
FOREPERSON

JOSEPH R. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch

(Approved as to form: _____ )
AUSA O'Connell

INDICTMENT                                -2-

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

---- OFFENSE CHARGED ----

COUNT ONE: Title 18 United States Code, Section 922(g)(1) - Felon in Possession of Firearm and Ammunition

**SEALED BY ORDER OF THE COURT**

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
10 years imprisonment
$250,000 fine
3 years supervised release
$100.00 special assessment

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

Filed
MAR 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---- DEFENDANT - U.S. ----
▶ ROBERT DUBOIS

DISTRICT COURT NUMBER
**CR - 08 00155 RMW**

RS

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

S/A ROBERT PATRIZZI-ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): THOMAS M. O'CONNELL

---- DEFENDANT ----

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: