SEALED BY ORDER OF THE COURT

Filed

MAR 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT DUBOIS,<br><br>Defendant. | CR. - 08 00155 RMW<br><br>**SEALING ORDER**<br><br>**UNDER SEAL** |

For good cause shown, as set forth in the oral application made by Assistant United States Attorney Thomas M. O'Connell, the Clerk of the Court is hereby **ORDERED** to file the Indictment, the arrest warrant, and this Order, under seal, and not disclose the contents thereof to anyone without further order of this Court.

**IT IS SO ORDERED.**

DATED: 3/12/08

NANDOR VADAS
United States Magistrate Judge

DOCUMENT NO.    CSA's INITIALS

DISTRICT COURT
CRIMINAL CASE PROCESSING