***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Margo Gurule

**DATE:** March 31, 2008            **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00155-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ROBERT DUBOIS
       **APPEARANCES:**                  (P) (C)

**PLTF:** AUSA: T. O'Connell          **DEFT:** J. McNair Thompson

**COURT ACTION: STATUS HEARING**

Hearing Held. Defense just received discovery and time is needed to review the discovery. The Court continued this matter to 4/21/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 4/21/08. Government to prepare exclusion order.

         */s/ Jackie Garcia*
         **JACKIE GARCIA**
         **Courtroom Deputy**