***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** April 21, 2008          **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00155-RMW

**TITLE:** UNITED STATES OF AMERICA     -v- ROBERT DUBOIS
          **APPEARANCES:**          (P)   (C)

**PLTF:** AUSA: H. Chew for T. O'Connell     **DEFT:** J. McNair Thompson

**COURT ACTION:** STATUS HEARING

**Hearing Held. The parties advised the Court that they are working out a resolution. The Court continued this matter to 5/19/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation. Time is excluded to 5/19/08. Government to prepare exclusion order.**

/s/ Jackie Garcia
**JACKIE GARCIA**
**Courtroom Deputy**