JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5053
FAX: (408) 535-5066
Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 5/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08- 00155- RMW |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [] ORDER EXCLUDING TIME |
| ROBERT DUBOIS, ) | |
| Defendants. ) | SAN JOSE VENUE |

On April 21, 2008, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from, April 21, 2008 until May 19, 2008 at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from April 21, 2008 until May 19, 2008 at 9:00 a.m. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

STIPULATION AND [] ORDER
NO. 08-00155-RMW                    1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |
| 3 | DATED: 5/2/08 | _____/s/_____ |
| 4 | | THOMAS M. O'CONNELL |
| | | Assistant United States Attorney |

DATED: 5/2/08                _____/s/_____
                             JAMES MCNAIR THOMPSON
                             Counsel for ROBERT DUBOIS

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from April 21, 2008 until May 19, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 5/14/08                *Ronald M. Whyte*
                              RONALD M. WHYTE
                              United States District Judge