*E-FILED *

## CRIMINAL MINUTE ORDER

**JUDGE:**  Ronald M. Whyte                    **REPORTER:** Gina Colin

**DATE:**  May 19, 2008                        **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00155-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ROBERT DUBOIS    (P) (C)
    **APPEARANCES:**

**PLTF:**  AUSA: J. Fazioli                    **DEFT:** J. McNair Thompson


**COURT ACTION:** STATUS HEARING


**Hearing Held.  Defense counsel advised the Court that they received the a draft proposed plea agreement.  Counsel needs time to review the plea agreement with the defendant.  The Court continued this matter to 6/30/08 @ 9:00 AM for a Status Hearing. The Court excluded time based on effective preparation.  Time is excluded to 6/30/08.  Government to prepare exclusion order.**


*/s/ Jackie Garcia*
   JACKIE GARCIA
**Courtroom Deputy**