JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

  150 Almaden Blvd., Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5053
  FAX: (408) 535-5066
  Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08- 00155- RMW |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ROBERT DUBOIS, ) | |
|     Defendants. ) | SAN JOSE VENUE |

On April 21, 2008, the parties in this case appeared before the Court for status conference. The parties jointly requested that the case be continued from May 19, 2008 until June 30, 2008, at 9:00 a.m. in order for counsel for defendant and the Government to discuss a possible resolution of the case. In addition, the parties requested an exclusion of time under the Speedy Trial Act from May 19, 2008 until June 30, 2008. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

STIPULATION AND [PROPOSED] ORDER
NO. 08-00155-RMW                          1

1  SO STIPULATED:                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
2

3  DATED: 5/27/08                        _____/s/_____
                                         THOMAS M. O'CONNELL
4                                        Assistant United States Attorney

5

6
   DATED: 05/27/08                       _____/s/_____
7                                        JAMES MCNAIR THOMPSON
                                         Counsel for ROBERT DUBOIS
8

9      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
10 under the Speedy Trial Act from May 19, 2008 until June 30, 2008.  The Court finds, based on
11 the aforementioned reasons, that the ends of justice served by granting the requested continuance
12 outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant
13 the requested continuance would deny defense counsel reasonable time necessary for effective
14 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
15 of justice.  The Court therefore concludes that this exclusion of time should be made under 18
16 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
17 SO ORDERED.
18
19 DATED:_____                  _____
                                         RONALD M. WHYTE
20                                       United States District Judge