***E-FILED ***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte          **REPORTER:** Lee-Anne Shortridge

**DATE:** June 30, 2008             **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00155-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ROBERT DUBOIS
         **APPEARANCES:**              (P)(C)

**PLTF:** AUSA: T. O'Connell         **DEFT:** J. McNair Thompson

**COURT ACTION: STATUS HEARING**

**Hearing Held. The government to make amendment to the proposed plea agreement. The Court continued this matter to 7/7/08 @ 9:00 AM for Possible Disposition.**

                                    */s/ Jackie Garcia*
                                       **JACKIE GARCIA**
                                      **Courtroom Deputy**