**\*E-FILED \***

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** July 7, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00155-RMW

**TITLE:** UNITED STATES OF AMERICA   -v- ROBERT DUBOIS
    APPEARANCES:                    (P)(C)

**PLTF:** AUSA: T. O'Connell    **DEFT:** J. McNair Thompson

**COURT ACTION: STATUS HEARING**

**Hearing Held. Defense counsel hasn't had an opportunity to review the amended proposed plea agreement with his client. The Court continued this matter to 7/14/08 @ 9:00 AM for a Status Hearing.**

  /s/ Jackie Garcia
   JACKIE GARCIA
  **Courtroom Deputy**