***E-FILED *__**

# CRIMINAL MINUTE ORDER

**JUDGE:** Ronald M. Whyte    **REPORTER:** Lee-Anne Shortridge

**DATE:** July 14, 2008    **TIME:** 9:00 am

**CRIMINAL NO.:** CR-08-00155-RMW

**TITLE:** UNITED STATES OF AMERICA    -v- ROBERT DUBOIS
     APPEARANCES:                (P) (C)

**PLTF:** AUSA: T. O'Connell    **DEFT:** J. McNair Thompson

**COURT ACTION: DISPOSITION**

**Hearing Held. The defendant plead guilty to Count 1 of the Indictment. A Plea Agreement was executed in open court. The Court set a sentencing hearing for 10/6/08 @ 9:00 AM. The defendant shall remain in custody pending sentencing.**

  /s/ Jackie Garcia
   **JACKIE GARCIA**
  **Courtroom Deputy**